IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FOREMAN SALMOND, | : | Civil No. 3:15-cv-1456 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| CAPTAIN S. SPAULDING, | : | |
| Respondent | : | |

**FILED**
**SCRANTON**
NOV 1 0 2016
Per_____
DEPUTY CLERK

## ORDER

**AND NOW**, this 10th day of November, 2016, upon consideration of the petition for writ of habeas corpus, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge